

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

September 30, 2014

Orange County Superior
700 Civic Center Drive West
Santa Ana, CA 92701
Attn: Exec Office
Dept C-1 Clerk

FILED 2014 OCT -8 AM 11: 11 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

Re:  Case Number: SACV14-1331 JLS (DFMx)

Previously Superior Court Case No. 30-02014-00732840

Case Name: Evelyn Calvillo v. AbbVie Inc et al

Dear Sir / Madam:
   Pursuant to this Court's ORDER OF REMAND issued on September 29, 2014, the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Trina DeBose
    Deputy Clerk  714-338-4568

☐ Western   ☐ Eastern   ☒ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

10-6-14
Date

Clerk, Superior Court
By: [signature]
Deputy Clerk

CV - 103 (09/08)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)